# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| UTILITY WORKERS UNION OF AMERICA, AFL-CIO LOCAL 433, DAVID F. DENARDO, RONALD J. ALFER, JASON M. ANDERSON, ADAM J. MARTIN, ANTHONY D. BOSNAK, JOSEPH A. ERNST, CHRISTOPHER R. BRANCATO, PATRICK CHIAVERINI, LOUIS W. GARANSI, JEFFREY J. CLEMENTE, MICHAEL T. DUFFY, CHARLES G. FREDERICK, JR., DAVID L. GILLIE, SHANE R. MCCALL, MARK HAMMERSTROM, ERIC L. HAMPTON, JUSTIN J. KAMINSKY, KONSTADINOS MALLAS, PAUL E. POLLOCK, MICHAEL MOOREFIELD, TOM MORRISSEY, JARRED K. NESBIT, RYAN J. SMITH, RYAN S. STEELE, JOHN W. STEIN JR., CHARLES D. SWARTZ, MICHAEL TEDESCO, ERIC R. TOTH, VINCENT M. WASSEL, ALLEN G. WRIGHT, NICKOLAS J. SHERMENTI | : : : : : : : : : : : : : : : : : : : : : : : : : : | No. 193 WAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : : | |
| THE CITY OF MCKEESPORT, MICHAEL CHEREPKO,THE MUNICIPAL AUTHORITY OF THE CITY OF MCKEESPORT, DALE MCCALL, LUETHEL NESBIT, RYAN STURGESS, MARY SMITLEY, AND JONATHAN COTTOM | : : : : : : : : | |
| PETITION OF: THE MUNICIPAL AUTHORITY OF THE CITY OF MCKEESPORT, DALE MCCALL, LUETHEL NESBIT, RYAN STURGESS, MARY SMITLEY, AND JONATHAN COTTOM | : : : : : : | |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.